# C. RYAN BRISTOL, PLLC
## *Attorney at Law*

October 20, 2021

**VIA U.S. MAIL**
Walmart Claims Services, Inc.
Attn: Compliance Office
P.O. Box 14731
Lexington, KY 40512-4731
christina.vandiver@walmart.com
Fax No. 877.219.0742

      RE: Diane Kindinger
          Claim No. 9573901
          Gulfport, Mississippi

Christina Vandiver,

     Enclosed please find the demand package of my client for the above-referenced claim number as well as supporting enclosures. It is the sincere hope of my client and I to reach a reasonable and amicable resolution to this matter. Please do not hesitate to contact my office with any questions, comments, or concerns you may have. Thank you for your assistance in this matter. With kindest personal regards, I am,

                             Very truly yours,



                             C. Ryan Bristol, Esq.
                             C. RYAN BRISTOL, PLLC
                             ATTORNEY AT LAW
                             4257 Popps Ferry Road
                             D'Iberville, Mississippi 39540
                             Telephone No. 228.967.7870
                             Fax No. 228.967.7335
                             cryanbristol@outlook.com



DEFENDANT'S EXHIBIT C

10/25/2021

# C. RYAN BRISTOL, PLLC
## *Attorney at Law*

October 20, 2021

**VIA EMAIL & FAX**
Walmart Claims Services, Inc.
Attn: Compliance Office
P.O. Box 14731
Lexington, KY 40512-4731
Janine.Cunningham@walmart.com
Fax No. 877.219.0742

RE: Diane Kindinger
    Claim No. 9573901
    Gulfport, Mississippi

To whom it may concern:

Enclosed please find documentation to include incident report, pictures of the scene, and medical bills to substantiate the claims of my client, Diane Kindinger, for all damages sustained as a direct result of the slip and fall on liquid laundry detergent on the floor of the Walmart Superstore in Gulfport, Mississippi, on or about April 10th, 2021.

## I. DAMAGES INCURRED

Diane Kindinger has incurred the following special and specific expenses as a direct result of that incident as follows:

| DATE | PROVIDER | DESCRIPTION | REVENUE CODE | COST |
|---|---|---|---|---|
| 7/26/21 | Memorial Hospital | Clinic | 0510/100199214 | $175.00 |
| 6/30/21 | Memorial Hospital | CT Scan/Body | 0352/72250089 | $8,379.60 |
| 6/30/21 | Memorial Hospital | CT Scan/Other | 0359/7202222 | $0.01 |
| 6/30/21 | Memorial Hospital | MRI/Spine | 0612/72460026 | $6,527.60 |
| 6/29/21 | Memorial Hospital | Laboratory | 0300/10281003 | $15.00 |
| 6/29/21 | Memorial Hospital | Clinic | 0510/10199214 | $175.00 |
| 6/24/21 | Memorial Hospital | Laboratory | 0300/70270736 | $283.30 |
| 6/24/21 | Memorial Hospital | Laboratory | 0300/70276408 | $488.80 |
| 6/24/21 | Memorial Hospital | Laboratory | 0305/70262386 | $359.30 |
| 6/24/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |

Page 1 of 10

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED: October 20, 2021 at 11:24:16 AM EDT
REMOTE CSID: 2289677335
DURATION: 1034
PAGES: 30
STATUS: Received

| Date | Provider | Service | Code | Amount |
|---|---|---|---|---|
| 6/22/21 | Memorial Hospital | Clinic | 0510/10199214 | $175.00 |
| 6/4/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 6/4/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 6/1/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 5/25/21 | Memorial Hospital | Clinic | 0510/10220610 | $371.77 |
| 5/25/21 | Memorial Hospital | RX/Detail Code | 0636/10301030 | $16.00 |
| 5/25/21 | Memorial Hospital | RX/Detail Code | 0636/10303301 | $20.00 |
| 5/24/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 5/24/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 5/19/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000118 | $128.00 |
| 5/19/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $122.00 |
| 5/17/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $150.00 |
| 5/17/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $122.00 |
| 5/12/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 5/12/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 5/12/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 5/12/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 5/05/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 5/05/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 5/03/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000122 | $75.00 |
| 5/03/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 4/28/21 | Memorial Hospital | PT Therapeutic | 0421/10002115 | $244.00 |
| 4/26/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $183.00 |
| 4/21/21 | Memorial Hospital | PT Tx/Evaluation | N/A | $115.00 |
| 4/21/21 | Memorial Hospital | PT Tx/Procedure | 0421/10000115 | $122.00 |
| 4/15/21 | Memorial Hospital | Clinic | 0510/10199204 | $266.00 |
| 4/11/21 | Memorial Hospital | Emergency Dept. |  | $414.00 |
| 4/11/21 | Merit Health | Emergency Room | 250 | $6,984.15 |

**RUNNING TOTAL:** $27,642.53

II. MEDICAL SUMMARY

Diane Kindinger has received medical treatment and care as a direct result of the above mentioned incident as follows:

### 7/26/2021 – Memorial Physician Clinic (Gene Cathey, MD)

Patient presents for 1 month follow up. Past Ongoing Medical History: back pain, left knee pain.

### 6/30/2021 – Memorial Physician Clinic (Gene Cathey, MD)

History of Present Illness: There is a history of lumbar spinal pain, lower back pain, left knee pain. History of fall.

Patient reports flank pain, abdominal pain. CT Scan of abdomen and pelvis ordered.
Findings: Large hiatal hernia.

MRI Spine Lumbar: reason for exam pain, lumber.
Findings: The sagittal images demonstrate a normal appearing lumbar curvature. The disc. Interspace height is preserved. I do not see compression fracture. No abnormal subluxation. Parasagittal images demonstrate widely patent neural foramina bilaterally. The conus position is within normal limits. No suspicious marrow placing lesion. Intermediate size lumbar spine canal. I do not see suspicious marrow placing lesion. Mild facet degenerative changes at L5-S1 greatest on the left.

### 6/29/2021 – Memorial Physician Clinic (Gene Cathey, MD)

Chief Complaint: Patient is here with complaint of right flank pain.
History of Present Illness: Patient came in for back pain. Patient states it hurts when she twists and turns. Patient appears to have musculoskeletal and pain in her back. Ongoing history of left knee pain, back pain.

### 6/22/2021 – Memorial Physician Clinic (Gene Cathey, MD)

70 year old presents with left knee pain. Primary pain location is hip pain when walking. Numeric pain scale is 10/10. Laboratory/Clinic.

### 6/4/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient has met all goals and will be discharged to home exercise program at this time. Patient reports 0 out of 10 pain in the back and lower extremities.

### 6/1/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient reports receiving an injection to the right hip region last week per orthopedics. She is feeling much better overall with reports of improved gait mechanics. She also states that she will be scheduled for an MRI of the lumbar spine. She continued in clinic with multiple lower truncal and lower extremity exercises and activities.

### 5/25/2021 Memorial Orthopaedic Surgeons (Arthur Black, MD)

Chief Complaint: left knee pain.

History of Present Illness: Patient is 70 year old female who presents today in follow-up of her left knee and low back. She had in injury where she slipped and fell back in April, and she landed on her right side and twisted her left side. She states that sha has pain that is along her back that radiates down her legs. She also complains of pain and severe tenderness in each hip. She was seen by Dr. Black and given a Medrol Dosepak. She has been going to physical therapy which seems to help some. Numeric pain scale 3/10.

Diagnosis: low back pain, left knee pain, right hip pain, and trochanteric bursitis of right hip. Patient instructed to take celecoxib, oxycodone-acetaminophen, hydrocodone-acetaminophen as needed for pain.

Assessment: (1) low back pain, lumbar radiculopathy with secondary hip bursitis related to fall she had back in April, MRI to evaluate the extent of her injuries to her low back, cortisone injection to help with her pain; (2) right hip pain; (3) trochanteric bursitis of right hip.

### 5/25/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Patient is anxious and about knee and possibility of something else being wrong. Symptoms are no greater that 5/10 with routine gait tasks.

### 5/24/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Impression: Progressing slowly, patient is still concerned with ongoing right greater than left back and hip and leg pain with bending and lifting and stairs. Patient is noticeably improved since onset of physical therapy with greater tolerance with routine ADL's.

The pain comes and goes and is moderate, score 2/6. Washing and dressing increased pain and it is necessary to change my way of doing it, score 3/6. Pain prevents me from lifting heaving weights off the floor, score 2/6. I cannot walk more then 1/2 mile without increasing pain, score 3/6. I can sit in a chair as long as I like, score 0/6. I cannot stand for longer than 1/2 hour without increasing pain, score 3/6. I get pain in bed, but it does not prevent me from sleeping well, score 1/6. Pain has restricted my social life and I do not go out often, score 3/6. I get some pain while traveling but none of my usual forms of traveling make it any worse, score 1/6. My pain fluctuates but is definitely getting better, score 1/6.

Extremely difficult to walk a mile, make sharp turns while running, and hopping. Moderate difficulty performing heaving activities around the home, walking 2 blocks, running on even ground, making sharp turns while running fact. A little bit of difficulty squatting, performing light activities around the home, going up or down a flight of stairs.

### 5/19/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment. Patient is anxious about knee and possibility of something else wrong. Patient very focused on ailments and concerned about remaining subjective complaints.

### 5/17/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient presents today stating that overall since onset of physical therapy she is approximately 50% improved. She does still experience right greater than left hip and buttock pain and leg pain especially with increased weightbearing activities. She is scheduled to follow-up with her referring nurse practitioner tomorrow. Patient's back pain questionnaire and lower extremity functional scales have improved respectively. Patient remains independent ambulator without assistive device with slight increased lateral sway. There remains some generalized weakness throughout both hip and lower extremity musculature. Reports no lumbar or leg/hip symptoms greater than 5/10.

### 5/12/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient continues with multiple complaints throughout the hips and thighs. However in clinic she is able to engage in multiple therapeutic exercises and activities without significant symptom increases. Patient reviewed home exercises to include side rolls and supine marches. Patient is encouraged to increase general activities as tolerated with weightbearing.

### 5/5/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient reports that she is noticeably better today. She engaged in more progressive lower truncal and lower extremity exercises and activities including functional dynamic balance tasks gentle strengthening and stabilization activities. Tolerated quite well.

### 5/3/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient reports that she has been experiencing some increased bilateral hip and leg pain these past few days. More difficult with stairs. Today in clinic patient received some topical heat to the lumbar spine and left hip followed by modified therapeutic exercises and activities. She tolerated this treatment well and reported feeling better when she left.

### 4/28/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient reports no significate changes since last visit. Progressed treatment increased LE strengthening exercises and increased workload to existing exercises.

### 4/26/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Patient reports that she experienced significant leg cramps 2 days after initial treatment session. She is feeling much better now. Today in clinic she engaged in further therapeutic exercises and activities with lower truncal and lower extremity musculature. Tolerated treatment quite well.

### 4/22/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Clinical Assessment: Pain is status post ground level fall April 10, 2021. She is with complaint of diffuse back and leg pain bilaterally. She displays some altered gait mechanics, strength deficits primarily left hip pain and abnormal tenderness throughout the hip and buttock and lumbar region, and decreases focal strength of the left hip. She should respond favorably with physical therapy to resolve/reduce pain complaint and regain normal participation in routine ADL's, weightbearing tasks. Frequency: 2-3x week. Duration: 5-6 weeks.

Pain Assessment: Numeric pain scale is 5/10. Pain is in the leg bilaterally.

### 4/21/2021– Memorial Orthopaedic Surgeons (Geoffrey Kergosien, PT)

Reason for Referral: This 70 year old patient reports falling at a local Walmart on April 10, 2021. She thinks she fell onto her right side with the right knee slightly folded underneath her. She also twisted her left knee. She was seen in the emergency room the next day with complaint of bilateral knee, right posterior thigh buttock and low back pain. X-ryas were negative for any focal fractures. She is being referred to physical therapy for evaluation and treatment of knee and low back pain. She has been placed on an oral steroid course. She admits being currently limited with activities especially with housework, stooping, or bending and lifting.

Clinical Assessment: Patient reports that she experienced significate leg cramps 2 days after initial treatment session. She is feeling much better now. Today in clinic she engaged in further therapeutic exercises and activities with lower truncal and lower extremity musculature. Tolerated treatment quite well.

Chief Complaint: Patient describes pain in the right posterior leg and buttock region from 4-10/10. Pain in the left knee and leg and low back from 5-10/10. Symptoms are generally exacerbated with ambulation, stooping, or twisting.

Physical Therapy Diagnosis: acute bilateral low back pain, acute pain of both knees, difficulty walking, left knee pain, back pain. Numeric pain scale 5/10.

The pain is severe and does not vary much, score 5/6. Washing and dressing increase the pain and I find it necessary to change my way of doing it, score 3/6. I can lift very light weights at most, score 5/6. I cannot walk more than 1/4 a mile without increasing pain, score 4/6. Pain prevents me from sitting more than 30 minutes, score 3/6. I cannot stand for longer than 10 minutes without increasing pain, score 4/6. Because of the pain my normal night's sleep is reduced by less than 3/4, score 4/6. Pain has restricted my social life and I do not go out often, score 3/6. I get extra pain while traveling but it does not compel me to seek alternate form of travel, score 2/6. My pain seems to be getting better, improvement is slow at present, score 2/6.

It is extremely difficult squatting, walking 2 blocks, walking a mile, making sharp turn while running fast, hopping. Quite a bit of difficulty lifting an object like a bag of groceries from the floor, performing heaving activities around the home, running on even ground, running on uneven ground. Moderate difficulty any usual work/household activities, putting on shoes or socks, getting in or out of the car, going up or down a flight of stairs, standing for 1 hour. A little bit of difficulty getting into or out of the bath, walking between rooms, performing light activities around the home, sitting for 1 hour, hopping, rolling over in bed.

### 4/21/2021 – Memorial Orthopaedic Surgeons (Arthur Black, MD)

Visit Summary: left knee pain, acute low back pain, acute pain of both knees, difficulty walking. Aches and pains all over the place, if anything her biggest issue is the low back possibly. Medrol dose pack.

### 4/16/2021 – Memorial Orthopaedic Surgeons (Arthur Black, MD)

Visit Summary: Left knee pain, low back pain

### 4/15/2021 – Memorial Orthopaedic Surgeons (Arthur Black, MD)

History of Present Illness: The patient states she fell in the last week and banged up several areas including her left knee, right knee, and shoulder. The patient says that she has weakness in lifting and flexing her left hip and lower extremity. The patient went to an emergency department and had multiple x-rays which were all reviewed and include her left knee, right knee, should and hips.

Visit Summary: Left knee pain and low back pain. Numeric pain scale is 4/10. Swelling. The patient is experiencing aches and pains all over the place, the lower back is the primary issue. The patient was given a Medrol dose pack. The patient is being referred internally to physical therapy for left knee pain, acute low back pain, and other pain. Evaluate and treat for two (2) to three (3) times a week for six (6) weeks.

XR knee one (1) or two (2) views. Reason: Pain in joint, knee, left knee pain.
XR knee standing AP bilateral. Reason: Pain in joint, knee, left knee pain.

Internal referral to physical therapy: left knee pain, acute low back pain.

### 4/11/2021 – Merit Health Biloxi (Christopher Bowen, M.D.)

Presenting Complaint: This is a 70 year old causation female presents to ER via wheelchair. Patient states she fell yesterday, no LOC, c/o at pain to left hip/knee and right buttock area. Increased pain standing and bending. Complains of pain in hip, knee pain currently is 5 out of 10 on pain scale. At worst was 10 out of 10 on pain scale.

Details of Fall: The patient fell from an upright position. The symptoms began yesterday. The patient sustained left hip, right sacrum region, painful injury. The patient experienced no loss of consciousness. She reports that she was walking through Walmart and slipped. She explains that she tried to catch herself during the fall and just slide down. During that time, she injured her right buttock and her left hip.

### 4/11/2021 – Merit Health Biloxi Radiology (Rupesh Patel, M.D.)

The symptoms/episode began/occurred yesterday. Associated injuries: The patient sustained a slip and fall, right sacrum region, painful injury. In the emergency department, the symptoms are unchanged. She reports that she was walking through Walmart and slipped. She explains that she tried to catch herself during the fall and just slide down. During that time, she injured her right buttock and her left hip.

Exam Description: Bilateral Hip Radiographs, 3 views.
Technique: AP and lateral views of the right and left hips, AP view of the pelvis. 3 views.

Findings: There is mild diffuse osteopenia. There is no acute fracture or dislocation. There is a remote traumatic deformity of the coccyx. Normal developmental appearance to the femoral head and neck acetabulum. There are mild multilevel degenerative changed of the lumbosacral spine. There is mild bilateral hip osteoarthritis. No erosive or destructive changes. No obvious joint effusion. The sacroiliac joints appear within normal limits. Nonobstructive bowel and gas pattern in the visualized abdomen and pelvis. The soft tissues are unremarkable. There is a 1 cm ovoid density projected over the right renal fossa.

Impression: No acute fracture or dislocation. 1 cm calcific density projects over the right renal fossa may reflect renal calculus.

Exam Description: Knee 3V BI
Technique: AP, oblique lateral views of the right and left knees, 3 views.
Findings: There is diffuse osteopenia. There is no acute facture or dislocation. There is no joint effusion. Soft tissues appear unremarkable.
Impression: No acute fracture or dislocation.

Exam Description: Right Shoulder Radiographs, 3 views.
Technique: AP internal and external rotation, and Y-views of the right shoulder, 3 views.
Findings: There is diffuse osteopenia. No evidence of fracture of dislocation. No focal bony lesion. No obvious joint effusion. Visualized ribs are intact. Visualized lung is clear. Soft tissues are within normal limits. No radiopaque foreign body identified.
Impression: No acute fracture or dislocation. Moderate right glenohumeral and acromioclavicular osteoarthritis.

### III.    REPORT ON LIABILITY

Generally, under Mississippi law, in a slip and fall case, one of the following must be established: (1) that the premises owner caused or created a hazardous condition, (2) that the premises owner had actual knowledge of the hazardous condition but failed to warn or remedy the condition, or (3) that the hazardous condition existed long enough to impute construction knowledge. *Cotton v. Fred's Stores of Tenn., Inc.*, 122 So.3d 140 (Miss. 2013).

Constructive knowledge may be imputed by showing the length of time the hazardous condition existed prior to the fall. *Id.* Other factors, including the length of time the defect existed, the nature or character thereof, the *publicity of the place where it existed*, the *amount of travel over the area*, and any other factors or circumstances which tend to show notoriety can impute constructive

knowledge. *City of Greenville v. Middleton*, 86 So. 804, 805 (Miss. 1921). *See* 68 Miss. L. J. 743, 829 (Spring, 1999).

In 1917 the State of Mississippi adopted the doctrine of comparative negligence and codified it in the state code. *See* Hemingway's 1917 *Mississippi Code § 502; Miss. Code Ann.* (1930) *§ 511; Miss Code Ann.* (1942) *§ 1454.* This doctrine is presently stated in *Miss. Code Ann. § 11-7-15*, which provides the following:

> In all actions hereafter brought for personal injuries, or where such injuries have resulted in death, or for injury to property, the fact that the person injured, or the owner of the property, or person having control over the property may have been guilty of contributory negligence shall not bar a recovery, but damages shall be diminished by the jury in proportion to the amount of negligence attributable to the person injured, or the owner of the property, or the person having control over the property.

Thereafter, the Mississippi Legislature went even further to codify the question of negligence in *Miss. Code Ann. § 11-7-17*, which states, "All questions of negligence and contributory negligence shall be for the jury to determine."

The Mississippi Supreme Court has held that the so called "open and obvious" defense is no longer an absolute bar to recovery, and to now apply our true comparative negligence doctrine. *Tharp v. Bunge Corp.*, 641 So.2d 20, 25 (Miss. 1994); *King v. Kroger Co.*, 787 So.2d 677, 681 (Miss. Ct. App 2001).

In *Fulton v. Robinson Industries, Inc.*, 664 So.2d 170, 175 (Miss. 1995) the court stated, "It is important to restate this law because it may have been forgotten in the aftermath of *Tharp*. The law still revolves around what the owner can "anticipate" or "expect," or what is "usual." If an invitee is injured by an artificial/man-made condition on an adjacent or internal part of the business premises, then there is a jury question as to the openness and obviousness of the danger." *Id.*

As I am sure you are aware, a case deserving of some attention is that of *Merritt v. Wal-Mart Stores, Inc.*, 911 F.Supp. 242 (S.D. Miss. 1995). This case stands apart from the general rule of liability in premises cases by holding that when a condition is **unreasonable dangerous** then there undoubtedly a question for the jury.

In *Vivian v. Baptist Healthplex*, 234 So.3d 304, 308 (Miss. 2017) (quoting *Tharp v. Bunge Corp.*, 641 So.2d 20, 25 (Miss. 1994), the Mississippi Supreme Court reasoned that, "This court should *discourage unreasonably dangerous conditions rather than fostering them in their obvious forms.* It is anomalous to find that a defendant has a duty to provide reasonably safe premises and at the same time deny a plaintiff recovery from a breach of that same duty. *The party in the best position to eliminate a dangerous condition should be burdened with that responsibility.* If a dangerous condition is obvious to the plaintiff, then surely it is obvious to the defendant as well. *The defendant, accordingly, should alleviate the danger.*"

## IV. DEMAND

We now demand that Walmart Claims Services tender $166,000.00 for the injuries that occurred on the date of loss to Diane Kindinger in full and complete compensation for all damages sustained as a direct result of the slip/fall within your premises on April 10th, 2021. Considering the clear liability and the damages in this matter, we believe this offer is well below the value of this case. However, we are willing to accept this amount to quickly resolve this matter. We ask that you please respond to this offer within a reasonable and appropriate period of time.

Before tendering any sub-par offers, please bear in mind that medical bills incurred because of any illness, disease, or injury shall be prima facie evidence that such bills so paid or incurred were necessary and reasonable. *Miss. Code Ann. § 41-9-119*. Moreover, Mississippi follows the "eggshell plaintiff" theory, which provides that a plaintiff who is far more susceptible to a particular harm than the average person may, nonetheless, recover her full damages without reduction. *City of Jackson v. Estate of Stewart*, 703, 715 (Miss. 2005) and *Blake v. Clein*, 903 So.2d 710, 729-30 (Miss. 2005), In other words, you take the plaintiff as you find her.

Unless you are able to provide a valid rebuttal to the total costs incurred, no offers below the special damages listed above will be accepted. *Id*. See also, *Williams v. Memorial Hospital at Gulfport*, 233 So.3d 824 (Miss. 2015). No offers below our clients special damages will be considered. Any tactics of "benchmarking" medical care costs will be lost on a jury in Harrison County, Mississippi.

Please be advised that should this matter proceed to litigation; we will seek monetary compensation in excess of the amount demanded herein.

## V. CONCLUSION

We are hopeful to settle this claim amicably and without the need for litigation. Please do not hesitate to contact my office if you have any questions, comments, concerns, or wish to discuss the matter further. With kindest personal regards, I am,

Very truly yours,

s/C. Ryan Bristol

C. Ryan Bristol, Esq.
C. RYAN BRISTOL, PLLC
ATTORNEY AT LAW
4257 Popps Ferry Road
D'Iberville, Mississippi 39540
Telephone No. 228.967.7870
Fax No. 228.967.7335
cryanbristol@outlook.com