IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DIANNA G. KINDINGER**                                                          **PLAINTIFF**

**v.**                                                       **CAUSE NO. 1:22-cv-127-LG-BWR**

**WAL-MART STORES EAST, LP and**
**JOHN DOES 1-10**                                                              **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge